Southern ~~Eastern~~ 

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**


FILED

MAR 12 2001

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

_____

Karamo B Kaba
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

Request foR FastTRack

vs.

Case No: __01 - 150 - GPM__
(To be supplied by the Clerk of this Court)

Warden Stepp official capacity

Bop Respondant Superages Marion

M. Laird official capacity, and individual

Capt Benson official and individual

SIA yankman official and individual

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Request foR Jury tRial

**CHECK ONE ONLY:**

X    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION
1983 U.S. Code** (state, county, or municipal defendants)

X    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION),
TITLE 28 SECTION 1331(a) U.S. Code** (federal defendants)

X    **OTHER** (cite statute, if known)   Rico Statute

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

**I.  Plaintiff(s):**

A.  Name: _Karamo B. Kaba_

B.  List all aliases: _Kaba Karamo_

C.  Prisoner identification number: _04601-052_

D.  Place of present confinement: _USP Marion_

E.  Address: _PO Box 1000 Il 62959_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.  Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: _Warden, Stepp_

Title: _Warden USP Marion Il Po Box 1000 62959_

Place of Employment: _USP Marion_

B.  Defendant: _BOP Respondant for USP Marion_

Title: _agency Prison agency_      _Washighton DC_

Place of Employment: _federal Bureau of Prison_

C.  Defendant: _M. Lair BOP, yonkman $Benson_

Title: _Case manager, SIA, Capt_

Place of Employment: _USP Marion illinois_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

### III.   Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.   Is there a grievance procedure available at your institution?

YES (☒)  NO ( )   If there is no grievance procedure, skip to F.

B.   Have you filed a grievance concerning the facts in this complaint?

YES (☒)  NO ( )

C.   If your answer is **YES**:

1.   What steps did you take?

I did filed Complaint to SIA yonkman foR ReSolution including affidavit

2.   What was the result?

Not Know, and there was Life threatened to me and actual injuries in addition M. Laird was SuSpended But the threat was Never Removed

3.   If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

Because of Life Threatened I was unable To file any Appeal

D.   If your answer is **NO**, explain why not:

Because of Life Threatened and immenet Bodilyharms

3

E.   Is the grievance procedure now completed?   YES ( )   NO (X)

F.   If there is no grievance procedure in the institution, did you complain to authorities?   YES (X)   NO ( )

G.   If your answer is **YES**:

1.   What steps did you take?

_I file Complaint to SIA and Spoke to warden Stepp, and Capt Benson of the Sutuation._

2.   What was the result?

_to my Knowledge I waS Never PRotected from the danger which the Complaint arised_

H.   If your answer is **NO**, explain why not:

4

IV.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.  Name of case and docket number: _Kaba Karamo V Lt Breachbill et al TH 98 007 Ct/F, 99-0015/Ct/F 99 CV 282_

B.  Approximate date of filing lawsuit: _12-30-97_

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_
_N/A    N/A_

D.  List all defendants: _Breachbill, Ciolli, Martin, D. Parker, D. Hariss, Gherke, Hines, Jones, Jessen, Warden Hedrick, DR    Cartrette et als._

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District of Atlanta Southern District of Indiana, Eastern District of Saint L St Louis. Southern District of New York._

F.  Name of judge to whom case was assigned: _Judge D Tinder I forget the other Judg names, Judg Garcia_

G.  Basic claim made: _assualt_

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Some are pending Some was Trial_

H.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V.      Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On November 1 - Through January 30 - 2001 while Confined in USP Marion defendant Laird ConSpairs, and Braibed inmate to course me bodily harm for filling administrative Remedy. in violation of first, fifth, and fourteen 14 Amendment of Constitution as a Result I was depRived to pRoceed My Legal Remedy. Thereafter defendant Laird Comence to harass me and Cofiscate My tenies Shoe.

On November 1 - 2000 Through January 30 - 2001 defendant Lair. pRomis inmate to James Bornelte transfer, and extra phone call to cause me bodiliharm. including other unknown inmates which defendant Lair has Recruit.

On January 1 - 2001 through January 30 - 2001 The issues discribed aboved herein was pResent before The warden and SIA yonkman. during The course of investigation MR Lair was Removed fRom The unit, and place on home duties foR a week, and cubic. Shortly place in Camp however I was never pRotect by The administration, and The threat and Coruption Remained in The institution. Shortly after I advice The captain in numerous occation betwen January 22 2001 through

6

febuary 2001 of the nature of the immenent danger
of bodiliharm Exssist to me however nothing was done
agained I Express my fair to warden of the danger
betwen January through febuary again noting was done
to prevent be The danger to me. again betwen January
22-2001 Through febuary 20-2001 I advice The SIA
and The administration of the nature of corupt by
The staff; and the danger present to me again nothing
was done. as a result be I was Brutally Beating by
inmates on febuary 23-2001 while in my cell B 8 in
The morning at Appoxm 7.14 AM as a result of the beaten
I Recieved fracture Eye Socket and Concosious for
two days along with many Stiches on my face I was
hospitalize for two days in an intensive care unit
down town illinois.
Base on the information I Recieved from SIA that Regional
office and Central office were awear of the nature of
The complaint Nevertheless did nothing to Rutout the
Coruption, and dispass the Conspirator, and protect me
from injuries are Liable as Respondet Supereaus furthermore
Bop is Responsible for Their Employeed action Especially in This
Case were Coruption, and Recruitment of Criminal for
payment to Course bodiliharm is alleged They Knew or
Should have known That is dangerous to every one

7

## VI.   Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

I am Requesting that B o p Be Liable for the injuries I Recieved for Knowing the Nature of my complaint, and Coruption of staff but failed to protect me from the injuries I have sue them for 1,000,000,00 dallars. warden stepp, SIA yonkman, Capt Bensen I have Sue them collectivelly in theie official capasity and Individual Capasity for 500,000. for willfull Neglegent to cause me harm that could have been pecvented, and knowing the Natuee of Consperacy, and Coruption by theic staff. I sue M Laird under Rico for 500,000. for ConsPeRacy to cause harm to me Coruption, and Receuitment of criminal to course me bodil,harm in his official and personal Capasity

I declare under penalty of perjury that all facts given in the complaint are true and correct.

Signed this ___8___ day of ___3___ , ___2001

_____

_____
(Signature of plaintiff or plaintiffs)

04601-052
(I.D. Number)

U S P marion Po Box 1000
il 62959

_____
(Address)

8