# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| KARAMO B. KABA | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | Cause No. 01-CV-150-WDS |
| WARDEN STEPP, | ) | |
| Defendants. | ) | |

## O R D E R

**STIEHL, District Judge:**

This matter is before the Court, *sua sponte*, for docket control. The Court hereby **CONTINUES** the jury trial previously set for September 23, 2008, and reschedules the trial date for **Tuesday, January 20, 2009 at 9:00 A.M.** Also before the Court is plaintiff's motion for issuance of writs (Doc. 252). In light of the Court's Order granting summary judgment as to defendants Benson, Yonkman, and Stepp (Doc. 253), the Court **DENIES** plaintiff's motion for issuance of writs as moot. The Court **DIRECTS** plaintiff to file a new motion seeking issuance of writs as to only those witnesses necessary to proceed at trial on plaintiff's claim against defendant Laird.

**IT IS SO ORDERED.**

**DATED: September 3, 2008**

                                                    s/*WILLIAM D. STIEHL*
                                                    **DISTRICT JUDGE**