**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**KARAMO B.KABA,**                              )
                                               )
            **Plaintiff,**                      )
                                               )
      **VS.**                                   )      **NO.  01-150-JPG**
                                               )
**M. LAIRD,**                                   )
                                               )
            **Defendant.**                      )

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation of Dismissal advising the Court that

the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice,

without costs.

**Dated:   June 29, 2009**


**JUSTINE FLANAGAN, ACTING CLERK**


**s/Deborah Agans_____
Deputy Clerk**


**APPROVED:** *s/ J. Phil Gilbert_____
            **U. S. DISTRICT JUDGE**